IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 13- 116-UNA |
| ) | |
| CARL MCBRIDE, ) | |
| ) | REDACTED |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

From on or about September 11, 2013 to on or about November 5, 2013, in the State and District of Delaware and elsewhere, the defendant, CARL MCBRIDE, did knowingly mail, ship and transport using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means, including by computer, any child pornography; that is, CARL MCBRIDE did knowingly mail and transport multiple computer files containing visual depictions of minors engaged in sexually explicit conduct, including but not limited to actual and simulated sexual intercourse, masturbation and the lascivious exhibition of the genitals and pubic area, in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1) and 2256(2)(A) and (8)(A).

### Count 2

From on or about September 11, 2013 to on or about November 5, 2013, in the State and District of Delaware and elsewhere, the defendant, CARL MCBRIDE, did knowingly receive any child pornography and materials that contain any child pornography that had been mailed, shipped and transported in or affecting interstate and foreign commerce by any means, including

1

by computer, to wit, CARL MCBRIDE did knowingly receive multiple computer files containing visual depictions of minors engaged in sexually explicit conduct, including but not limited to actual and simulated sexual intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1) and 2256(2)(A) and (8)(A).

### Count 3

From on or about September 11, 2013 to on or about November 5, 2013, in the State and District of Delaware and elsewhere, the defendant, CARL MCBRIDE, did knowingly possess any computer disk, portable USB storage device, cellular smartphone and any other material that contained images of child pornography that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer; to wit, CARL MCBRIDE did knowingly possess computer disks and portable USB storage devices and cellular smartphones that contained multiple computer files containing visual depictions of minors engaged in sexually explicit conduct, including but not limited to actual and simulated sexual intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2256(2)(A) and (8)(A).

### Notice of Forfeiture

Upon conviction for violating Title 18, United States Code, Section 2252A, as set forth in Counts 1 through 3, the defendant, CARL MCBRIDE, shall forfeit to the United States any and all matter that contains visual depictions of child pornography or visual depictions that are or appear to be of minors engaged in sexually explicit conduct, that are produced, transported,

shipped, received or possessed in violation thereof; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

1. iMac Book Pro, silver ~ Model A1328 : S/N W8031RYATM;

2. 2GB SanDisk Cruzer black;

3. Dell Dimension desktop computer ~ Model #B110 ~ Service Tag #JTP1W81;

4. Verizon LG cellular phone ~ Model #VX11000 ~ S/N 90BKPQJ1798500;

5. Cannon 16GB SD Memory card;

6. Motorola Virgin mobile phone ~ Model #WX435 ~ S/N SJUG6101AB;

7. Apple iPhone 4S ~ white;

8. Dell Dimension desktop computer ~ Model #2400 ~ Service Tag #BX4WS851;

9. Samsung cellular phone (red) ~ Model SCH-U450; and

10. Samsung AT&T cellular phone (blue) ~ Model #SGH-A777 with SIM card;

pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

Foreperson

CHARLES M. OBERLY, III
UNITED STATES ATTORNEY

By: _____
Edward J. McAndrew
Assistant United States Attorney

Dated: November 26, 2013