IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 13-116-GMS |
| CARL MCBRIDE, | : |
| Defendant. | : |

Order of Court

AND NOW, this 23rd day of May, 2016, upon consideration of Defendant Carl McBride's Unopposed Motion to Continue Sentencing, it is hereby ordered that the motion is GRANTED. Sentencing is continued to the 21st day of November, 2016, at 10:00 a.m./p.m.

HONORABLE GREGORY M. SLEET
United States District Court Judge